# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**TRENIDY EGAR LEE,**

     **Plaintiff,**

**v.**                                  **Case No. 5:18cv269-TKW-MJF**

**ZACH NEITSCH** and **JOHN TATE,**

     **Defendants.**

_____/

## O R D E R

     This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 14). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that this case should be dismissed for failure to comply with court orders and failure to prosecute.

     The orders with which Plaintiff failed to comply were mailed to him at the address he provided in his complaint, but they were returned as "undeliverable." *See* Docs. 9, 13. The fact that Plaintiff apparently did not receive the orders (or the Report and Recommendation, *see* Doc. 15) does not preclude dismissal because it was Plaintiff's obligation to keep the Court apprised of his current address and his failure to do so is tantamount to an abandonment of the case.

     Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for failure to comply with court orders and failure to prosecute.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 26th day of September, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**